UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INVACARE CORPORATION, | ) | Case No.: 1:04 CV 1580 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| RESPIRONICS, INC., | ) | |
| | ) | |
| Defendant | ) | JUDGMENT ENTRY |

The court, having granted Defendant's Motion for Summary Judgment as to Remaining Claims (ECF No. 94) in a separate Order of the same date, as well as having previously granted Defendant's Motion for Summary Judgment (ECF No. 80) in an Order dated October 23, 2006, hereby enters judgment for Defendant and against Plaintiff.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 31, 2008